No. 01–10075. VEAL v. IOWA CORRECTIONAL INSTITUTE FOR WOMEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–10077. WINKE v. WINKE. Sup. Ct. Iowa. Certiorari denied.

No. 01–10078. WILLIFORD v. WORKMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–10079. WHITE v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 01–10082. SOSA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10083. BATOR v. HALLOCK ELECTRIC ET AL. Ct. App. Minn. Certiorari denied.

No. 01–10091. DIEHL ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10097. MUTCH v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 01–10099. LOGAN v. PEACOCK. C. A. 11th Cir. Certiorari denied.

No. 01–10103. CHRISTIAN v. BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–10104. CLAYTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–10105. KLEYPAS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–10106. BURGESS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 01–10108. ALLEN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.